THOMAS SIMS (SBN 264174)
*tsims@baronbudd.com*
**BARON & BUDD, P. C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Attorneys for Plaintiff

MICHELLE A. CHILDERS (SBN 197064)
*michelle.childers@dbr.com*
MATTHEW J. ADLER (SBN 273147)
*matthew.adler@dbr.com*
**DRINKER BIDDLE & REATH LLP**
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Attorneys for Defendants Johnson &
Johnson, Janssen Research & Development,
LLC, Janssen Pharmaceuticals, Inc., and
McKesson Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARYN JOY GROSSMAN<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHNSON & JOHNSON, et al.<br><br>　　　　Defendants | Case No. 14-cv-03557-VC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　WHEREAS, on August 6, 2014, a Complaint was filed against Defendants;

　　　WHEREAS, on August 11, 2014, an Initial Case Management Scheduling Order was issued setting a Case Management Conference for November 4, 2014 at 10:00 a.m.

　　　WHEREAS, on September 9, 2014, all Defendants filed an Answer to the Complaint.

　　　WHEREAS, lead counsel for Plaintiff, Thomas Sims, is scheduled to be out of the country from November 1, 2014 to November 11, 2014 and seeks to continue the Case Management Conference so that he may appear in person.

---
1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  NOW, THEREFORE, the parties stipulate and agree as follows:

2  1. The Case Management Conference currently set for November 4, 2014, at 10:00 a.m., shall be continued to November 18, 2014, at 10:00 a.m., or at the next available date that is convenient for the Court.

2. No later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement and Proposed Case Management Order in conformity with the Standing Order for All Judges of the Northern District of California. The parties should also consult the Court's standing orders before filing the Case Management Statement.

DATED: September 26, 2014          BARON & BUDD, P.C.


By: /s/ Thomas Sims
Thomas Sims
Attorneys for Plaintiff


DRINKER BIDDLE & REATH LLP

By: *[signature]*
Matthew J. Adler
Attorneys for Defendants

### ~~[PROPOSED]~~ ORDER

Having read and considered the parties' Stipulation and [Proposed] Order to Continue Case Management Conference and the accompanying Declaration of Thomas Sims,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 29, 2014



IT IS SO ORDERED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA