Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN JOY GROSSMAN<br><br>Plaintiff(s),<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>Defendant(s). | Case No: 3:14-CV-03557<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, James F. Murdica, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants (see Exh. A for list) in the above-entitled action. My local co-counsel in this case is Alexander G. Calfo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Patterson Belknap Webb & Tyler LLP, 1133 Ave. of the Americas, New York, NY 10036

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Barnes & Thornburg LLP, 2029 Century Park East, Ste. 300, Los Angeles, CA 90067

MY TELEPHONE # OF RECORD:
(212) 336-2921

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(310) 284-3781

MY EMAIL ADDRESS OF RECORD:
jfmurdica@pbwt.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
acalfo@btlaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4297735.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/11/14                                                James F. Murdica
                                                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James F. Murdica is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 12, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                      October 2012