ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:  (310) 284-3880
Facsimile:  (310) 284-3894

JAMES F. MURDICA (Admitted *pro hac vice*)
jfmurdica@pbwt.com
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2921
Facsimile:  (212) 336-1242

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH &
DEVELOPMENT, LLC (sued herein as Johnson & Johnson
Pharmaceutical Research & Development, L.L.C.);
JANSSEN PHARMACEUTICALS, INC. (sued herein as
Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARYN JOY GROSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; and MCKESSON CORPORATION,<br><br>Defendants. | Case No. 3:14-CV-03557-VC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>*[Assigned to Hon. Vince Chhabria]* |

/ / /

Defendants JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.); JANSSEN PHARMACEUTICALS, INC. (sued herein as Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and MCKESSON CORPORATION (hereafter collectively "Defendants") hereby request the substitution of Barnes & Thornburg LLP as counsel of record in place and stead of Drinker Biddle & Reath LLP in the above-captioned matter.

Withdrawing counsel for Defendants is:

Michelle A. Childers
Drinker Biddle & Reath LLP
50 Fremont Street - 20th Fl.
San Francisco, CA 94105
415-591-7500
Fax: 415-591-7510
Email: michelle.childers@dbr.com

All pleadings, orders, and notices should henceforth be served upon the following counsel for Defendants, who have already appeared in this action:

Alexander G. Calfo
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894
Email:        alexander.calfo@btlaw.com

Gabrielle Anderson-Thompson
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894
Email:        gabrielle.anderson-thompson@btlaw.com

Sarah E. Johnston
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894
Email:        sarah.johnston@btlaw.com

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

James F. Murdica
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:	(212) 336-2921
Facsimile:	(212) 336-1242
Email:	*jfmurdica@pbwt.com*

The undersigned parties and attorneys consent to the above withdrawal and substitution of counsel:

Dated: November 21, 2014			By: ___/s/ Elizabeth Carew_____
					Elizabeth Carew

					Authorized Representative of Defendants
					JOHNSON & JOHNSON; JANSSEN
					RESEARCH & DEVELOPMENT, LLC (sued
					herein as Johnson & Johnson Pharmaceutical
					Research & Development, L.L.C.); and
					JANSSEN PHARMACEUTICALS, INC. (sued
					herein as Ortho-McNeil-Janssen
					Pharmaceuticals, Inc.)

Dated: November 21, 2014			By: ___/s/ Georgette Pan_____
					Georgette Pan

					Authorized Representative of Defendant
					MCKESSON CORPORATION

Dated: November 21, 2014			By: ___/s/ Michelle A. Childers_____
					Michelle A. Childers

					DRINKER BIDDLE and REATH, LLP

Dated: November 21, 2014			By: ___/s/ Sarah E. Johnston_____
					Alexander G. Calfo
					Gabrielle J. Anderson-Thompson
					Sarah E. Johnston

					BARNES & THORNBURG LLP

- 3 -

Case No. 3:14-cv-03557-VC

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | |
|---|---|
| Dated: November 21, 2014 | By: /s/ James F. Murdica<br>James F. Murdica<br><br>PATTERSON BELKNAP WEBB & TYLER LLP |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2014 at Los Angeles, California.

/s/ Sarah E. Johnston
Sarah E. Johnston

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: December 15, 2014

Hon. Vince Chhabria

JUDGE OF THE UNITED STATES DISTRICT COURT